Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY SLANE and Minor Dependents, Respondents, under the Workmen's Compensation Law, for the Death of WILLIAM SLANE, v. CORDING & SALZMANN, Employers, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JULIA RZEPCZYNSKI, Widow, and Minor Children, etc., Respondents, for Compensation under the Workmen's Compensation Law, v. MANHATTAN BRASS COMPANY, Employer, and the AMERICAN MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Estate of JOHN M. WEVER, Deceased. MARY H. FORDHAM, Appellant, v. FRANCES M. WEVER, as Executrix, etc., Respondent. — Decree unanimously affirmed, with costs, on the opinion of the surrogate of Clinton county. (Reported sub nom. Matter of Fordham v. Wever, 100 Misc. Rep. 737.)

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim No. 16,336 of ANNA A. HENRY and Minor Daughter of HORACE H. HENRY, etc., Appellants, v. GEORGE A. FULLER COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, Insurance Carrier, Respondents.— Award unanimously affirmed.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANGELINA MATTURA, Respondent, for Compensation, etc., under the Workmen's Compensation Law, for the Death of JOSEPH MATTURA, v. D. PRICE & Co., Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurer, Appellants.— Award unanimously affirmed.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of AUGUSTA GOBRECHT and Child, Appellants, for Compensation under the Workmen's Compensation Law, v. WELLS, FARGO & COMPANY, Employer and Self-Insurer, Respondent.— Determination unanimously affirmed, on the authority of New York Central R. R. Co. v. Winfield (244 U. S. 147), decided by the United States Supreme Court May 21, 1917.

In the Matter of the Transfer Tax on the Estate of WILLIAM L. COZZENS, Deceased. HIRAM C. TODD, as Administrator, etc., Appellant; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE SARATOGA NATIONAL BANK OF SARATOGA SPRINGS, N. Y., Respondent, v. ROY S. LATIMER, Appellant.— Judgment unanimously affirmed, with costs.

MARGARET TIDD, Respondent, v. C. B. SKINNER and Another, Doing Business under the Name, etc., Appellants.— Order unanimously affirmed, with costs, upon the opinion of Henry T. Kellogg, J., at Special Term. (Reported in 100 Misc. Rep. 734.)

LUCY A. TOWN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs, the court finding no prejudicial error calling for a reversal.